No. 4842.—CORREA, aplte.-apldo., v. CASTRO, apldo.-aplte. —C. D. Humacao. ▉▉▉ Abril 29, 1929.

POR CUANTO, la Sucesión del demandado-apelado-apelante fallecido fué notificada el día 16 de marzo próximo pasado de nuestra resolución de 8 del expresado mes por la cual fijóse un plazo de 30 días para que dicha parte pudiera radicar su alegato como apelante, y tal alegato no ha sido radicado;

POR CUANTO, la parte apelada pide la desestimación de la

apelación establecida por el demandado alegando los hechos que se consignan en el párrafo anterior,

POR TANTO, se declara con lugar la moción de dicha parte demandante y en su consecuencia se desestima por abandono la apelación establecida en este caso por la parte demandada.